# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KYLE E. STOLARICK, for himself and all others similarly situated<br>*Plaintiff* | : : : : | CIVIL ACTION<br><br>NO. 17-0593 |
| v. | : : | |
| KEYCORP, trading as KEYBANK, N.A., *et al.*<br>*Defendants* | : : : | |

# ORDER

**AND NOW**, this 18th day of June 2018, upon consideration of the *motion for sanctions* filed by Defendant Keycorp, t/a Keybank, N.A. ("Defendant"), [ECF 40], and the opposition thereto filed by Plaintiff Kyle E. Stolarick, [ECF 43], it is hereby **ORDERED** that Defendant's motion is **DENIED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*