# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KYLE E. STOLARICK, for himself and all others similarly situated**<br>*Plaintiff*<br><br>v.<br><br>**KEYCORP, trading as KEYBANK, N.A.,** *et al.*<br>*Defendants* | CIVIL ACTION<br><br>NO. 17-0593 |

# O R D E R

**AND NOW**, this 30th day of October 2018, upon consideration of the *motion for summary judgment* filed by Defendant KeyCorp, t/a/ KeyBank, N.A. ("Defendant KeyBank"), [ECF 44], the opposition thereto filed by Plaintiff Kyle E. Stolarick ("Plaintiff"), [ECF 48], and Defendant KeyBank's reply, [ECF 52], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion of this day, Defendant KeyBank's motion is **GRANTED** and **JUDGMENT** is entered in favor of Defendant KeyBank and against Plaintiff.

It is further **ORDERED** that the Clerk of Court shall place the accompanying Memorandum Opinion **UNDER SEAL** until further Order of this Court. By November 20, 2018, the parties shall each file a memorandum addressing whether any portion of this Court's Memorandum Opinion should remain under seal and the justification for placing it under seal.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*