# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KYLE E. STOLARICK, for himself and all others similarly situated** | : | CIVIL ACTION |
| *Plaintiff* | : | NO. 17-0593 |
| | : | |
| **v.** | : | |
| | : | |
| **KEYCORP, trading as KEYBANK, N.A.,** *et al.* | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW**, this 30th day of October 2018, upon consideration of the *motion for summary judgment* filed by Defendant Weltman, Weinberg & Reis Co., L.P.A. ("Defendant Weltman"), [ECF 55], the opposition thereto filed by Plaintiff Kyle E. Stolarick ("Plaintiff"), [ECF 59], and Defendant Weltman's reply, [ECF 62], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion of this day, Defendant Weltman's motion is **GRANTED** and **JUDGMENT** is entered in favor of Defendant Weltman and against Plaintiff.

It is further **ORDERED** that the Clerk of Court shall place the accompanying Memorandum Opinion **UNDER SEAL** until further Order of this Court. By November 20, 2018, the parties shall each file a memorandum addressing whether any portion of this Court's Memorandum Opinion should remain under seal and the justification for placing it under seal.

                                          **BY THE COURT:**

                                          */s/ Nitza I. Quiñones Alejandro*
                                          **NITZA I. QUIÑONES ALEJANDRO**
                                          *Judge, United States District Court*